JUDGE LYNCH
OFFICE COPY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
THE CONTINENTAL INSURANCE COMPANY,

               Plaintiff,

   - against –

M.V. MAERSK DORTMUND, her engines,
boilers, etc., in rem, A.P. Moller – Maersk A/S,
and Maersk Line, in personam,

               Defendants.

------------------------------------------------------------X

**07 CV 10399**

Index No.:

Rule 7.1
STATEMENT



NOV 1 6 2007
U.S.D.C. S.D.N.Y.
CASHIERS

    Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for plaintiff, The Continental Insurance Company, (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held:

               See attached

Date: November 16, 2007

                                _____
                                Signature of Attorney

                                Attorney Bar Code: (AB#1644)

- **Loews Corporation** - New York, NY
  - Boardwalk Pipeline Partners, LP (Subsidiary) - Owensboro, KY
    - Gulf South Pipeline Company, LP (Subsidiary) - Houston, TX
  - Bulova Corporation (Subsidiary) - Woodside, NY
    - Manufacturing Division-Watches (Division) - Woodside, NY
    - Bulova/Wittnauer International, Inc. (Subsidiary) - Woodside, NY
    - Bulova Watch Company Limited (Subsidiary) - Toronto, Canada
  - Carolina Group (Subsidiary) - Greensboro, NC
    - Lorillard Tobacco Company (Subsidiary) - Greensboro, NC
  - CNA Financial Corporation (Subsidiary) - Chicago, IL
    - CNA (Subsidiary) - Columbus, OH
      - CNA Insurance Companies (Subsidiary) - Chicago, IL
        - CNA Insurance (Branch) - Reading, PA
        - The Buckeye Union Insurance Company (Division) - Columbus, OH
        - CNA Insurance (Division) - New York, NY
        - Continental Casualty Company (Division) - Chicago, IL
        - **The Continental Insurance Company** (Division) - Chicago, IL
        - Continental Insurance Corp (Division) - Chicago, IL
        - Firemen's Insurance Company of Newark, New Jersey (Division) - Chicago, IL
        - Kansas City Fire and Marine Insurance Company (Division) - New York, NY
        - National-Ben Franklin Insurance Company of Illinois (Division) - Chicago, IL
        - Pacific Insurance Company (Division) - Chicago, IL
    - CNA National Warranty Corporation (Subsidiary) - Scottsdale, AZ
    - CNA Surety Corporation (Subsidiary) - Chicago, IL
      - CNA Surety Company (Subsidiary) - Sioux Falls, SD
        - Troy Fain Insurance Inc. (Subsidiary) - Tallahassee, FL
    - Columbia Casualty Company (Subsidiary) - Chicago, IL
    - Continental Assurance Company (Subsidiary) - Chicago, IL
      - Valley Forge Life Insurance Company (Subsidiary) - Chicago, IL
  - Diamond Offshore Drilling, Inc. (Subsidiary) - Houston, TX
  - Loews Hotels Holding Corporation (Subsidiary) - New York, NY
    - Don CeSar Resort Hotel Ltd. (Subsidiary) - Saint Petersburg, FL
    - Loews Denver Hotel (Subsidiary) - Denver, CO
    - Loews L'Enfant Plaza Hotel (Subsidiary) - Washington, DC
    - Loews Vanderbilt Plaza Hotel (Subsidiary) - Nashville, TN
    - The Regency Hotel (Subsidiary) - New York, NY
    - LJC Development Corp. (Subsidiary) - Montreal, Canada
    - Loews Le Concorde (Subsidiary) - Quebec, Canada
  - Texas Gas Transmission, LLC (Subsidiary) - Owensboro, KY
    - Texas Gas Transmission, LLC (Subsidiary) - Madisonville, KY
    - Texas Gas Transmission, LLC (Subsidiary) - Greenville, KY

- Texas Gas Transmission, LLC (Subsidiary) - **Bowling Green, KY**
- Texas Gas Transmission, LLC (Subsidiary) - **Morgan City, LA**
- Texas Gas Transmission, LLC (Subsidiary) - **Louisville, KY**
- Texas Gas Transmission, LLC (Subsidiary) - **Dubach, LA**
- Texas Gas Transmission, LLC (Subsidiary) - **Bastrop, LA**
- Texas Gas Transmission, LLC (Subsidiary) - **Louisville, KY**
- Texas Gas Transmission, LLC (Subsidiary) - **Aurora, IN**
- Texas Gas Transmission, LLC (Subsidiary) - **Corydon, KY**
- Texas Gas Transmission, LLC (Subsidiary) - **Hardinsburg, KY**
- Texas Gas Transmission, LLC (Subsidiary) - **Haughton, LA**
- Texas Gas Transmission, LLC (Subsidiary) - **Lake Cormorant, MS**
- Texas Gas Transmission, LLC (Subsidiary) - **Hazleton, IN**
- Texas Gas Transmission, LLC (Subsidiary) - **Covington, TN**
- Texas Gas Transmission, LLC (Subsidiary) - **Bedford, IN**
- Texas Gas Transmission, LLC (Subsidiary) - **Lebanon, OH**
- Texas Gas Transmission, LLC (Subsidiary) - **Eunice, LA**
- Texas Gas Transmission, LLC (Subsidiary) - **Clarksdale, MS**
- Texas Gas Transmission, LLC (Subsidiary) - **Greenville, MS**
- Texas Gas Transmission, LLC (Subsidiary) - **Shelburn, IN**
- Texas Gas Transmission, LLC (Subsidiary) - **Youngsville, LA**
- Texas Gas Transmission, LLC (Subsidiary) - **Oaktown, IN**
- Texas Gas Transmission, LLC (Subsidiary) - **Iowa, LA**
- Texas Gas Transmission, LLC (Subsidiary) - **Sterlington, LA**