Hill Rivkins & Hayden LLP
Attorneys for Plaintiff
45 Broadway, Suite 1500
New York, NY 10006

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x

THE CONTINENTAL INSURANCE COMPANY,

        Plaintiff,

- against –                                                                                  Index: **1:07-cv-10399-GEL**

M.V. MAERSK DORTMUND, her engines,                           **STIPULATION**
boilers, etc., in rem, A.P. Moller – Maersk A/S,             **OF DISCONTINUANCE**
and Maersk Line, in personam,

        Defendants.

------------------------------------------------------------------x

**PLEASE TAKE NOTICE** that defendants not having answered, appeared or otherwise moved that pursuant to Rule 41 of the Federal Rules of Civil Procedure that plaintiff, The Continental Insurance Company, by its attorneys, Hill Rivkins & Hayden LLP, hereby dismisses the captioned action without prejudice.

Dated: New York, New York
      March 12, 2008

                                        HILL RIVKINS & HAYDEN LLP
                                        Attorneys for Plaintiff

                                        By: _____
                                              Andrew R. Brown (AB-1644)

                                        45 Broadway, Suite 1500
                                        New York, NY 10006-3739

SO ORDERED:

_____
United States District Judge